## Carl NABOURS, M.D., et al.

v.

## CHRISTUS HEALTH SOUTHWESTERN LOUISIANA

### NO. 2016-C-1170

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Calcasieu, 14th Judicial District Court Div. D, No. 2014-1413; to the Court of Appeal, Third Circuit, No. 15-1061

Denied.

## Mary FORBES

v.

## MED-EXPRESS AMBULANCE SERVICE, INC.

### NO. 2016-CC-1171

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Lafayette, 15th Judicial

District Court Div. F, No. 2015-1731-F; to the Court of Appeal, Third Circuit, No. CW 16-00218; October 10, 2016

Denied.

## Grace INDE

v.

## PNK (LAKE CHARLES), L.L.C. d/b/a L'auberge Du Lac

### NO. 2016-CC-1172

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Calcasieu, 14th Judicial District Court Div. F, No. 2014-2376; to the Court of Appeal, Third Circuit, No. CW 16-00054.

Denied.

WEIMER, J., would grant.